**Order entered May 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00412-CV

**360-IRVINE, LLC, ET AL., Appellants**

**V.**

**TIN STAR DEVELOPMENT, LLC, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1-14255**

## ORDER

We **GRANT** appellees' May 14, 2014 unopposed motion for an extension of time to file a brief.  Appellees shall file their brief on or before **June 26, 2014**.  We caution appellees that no further extension will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ADA BROWN
JUSTICE